2:24-mj-05936-DUTY



FINDING RE PROBABLE CAUSE

On 9/28/24, at 11:24 a.m., Agent Robert Watson of the Homeland Security Investigations ("HSI") appeared before me telephonically regarding the probable cause arrest of defendant CHAO HSIANG WANG, occurring on September 26, 2024, at the Los Angeles International Airport in California. Having reviewed the Criminal Complaint and supporting affidavit filed concurrently herewith, the Court finds that there **exists**/~~does not exist~~ probable cause to arrest the defendant for a violation of Title 21, United States Code, Section 841(a)(1).

/__X__/ It is ordered that defendant CHAO HSIANG WANG be held to answer for proceedings under Federal Rule of Criminal Procedure 5 / 40 on _____.

/____/ It is ordered that defendant CHAO HSIANG WANG be discharged from custody on this charge forthwith.

DATED: 9/28/24, at 11:24 a.m.

_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE